| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 26 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| SPIRIT OF ALOHA TEMPLE, a Hawaii nonprofit corporation and FREDRICK R. HONIG, | Nos. 23-3453, 23-3633 |
| | D.C. No. 1:14-cv-00535-SOM-WRP |
| Plaintiffs - Appellants, | District of Hawaii, Honolulu |
| v. | ORDER |
| COUNTY OF MAUI and STATE OF HAWAII, | |
| Defendants - Appellees, | |
| and | |
| MAUI PLANNING COMMISSION, | |
| Defendant. | |

The reply brief on cross-appeal submitted by Appellee/Cross-Appellant County of Maui is filed.

Within 7 days of this order, Appellee/Cross-Appellant County of Maui must file 6 copies of the brief in paper format bound with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery

and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT